# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JAMES A. PALUCH, JR., PAUL F. KATONKA,

        Petitioners

        v.

PA DEPT. OF CORRECTIONS; BUREAU OF TREATMENT SERVICES; ULLI KLEMM (DIRECTOR OF RELIGIOUS SERVICES) AND, NANCY A. GIROUX; VALARIE KUSIAK; RALPH DECECCO,

        Respondents

No. 52 WM 2017

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2017, the Petition for Leave to Appeal *Nunc Pro Tunc* is DENIED.